AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Robert Harris

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 11838 NG

TO: (Name and address of Defendant)

Robert Harris
109 Burlington Street
Lexington, MA 02420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    SEP - 9 2005



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 4, 2005

**I hereby certify and return that on 9/30/2005 at 1:15PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROBERT HARRIS, , 109 BURLINGTON STREET LEXINGTON, MA and by mailing 1st class to the above address on 9/30/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($3.00), Postage and Handling ($3.00), Travel ($7.68) Total Charges $43.68**

**CCCC**

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                            Signature of Server

                                            _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.