**UNITED STATES DISTRICT COURT**
**DISTRICT OF MA**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**  ) | Case No.: 1:05-cv-11838-NG |
| ) | |
| Plaintiff,  ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.  ) | **WITH PREJUDICE** |
| ) | |
| **Robert Harris**  ) | |
| ) | |
| Defendant  ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

        Respectfully Submitted for the Plaintiff,
        Comcast of Massachusetts III, Inc.
        By Its Attorney,

<u>4/24/2006</u>        <u>/s/ John M. McLaughlin</u>
Date        John M. McLaughlin
        **Green, Miles, Lipton & Fitz-Gibbon LLP**
        77 Pleasant Street
        P.O. Box 210
        Northampton, MA 01061
        Telephone:  (413) 586-0865
        BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 24th day of April, 2006, a copy of the foregoing was mailed first class to:

William J. Dailey, Jr.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

                                                    /s/ John M. McLaughlin
                                                    John M. McLaughlin, Esq.